

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Nese Ozer

**Civil Action No.**<u>26-cv-2281-AGS-SBC</u>

**Petitioner,**

**V.**

Christopher LaRose
Warden Otay Mesa Detention Center

**JUDGMENT IN A CIVIL CASE**

**Respondent**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court ordered petitioner to show cause as to why this petition should not be dismissed as moot "[b]y May 11, 2026." (ECF 5.) Because petitioner has not filed anything since then, and in light of the government's representation that petitioner "was granted release on bond" (ECF 3 ), this case is dismissed as moot. The case is hereby closed.

**Date:** _____5/14/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ <u>M. Fujita</u>

M. Fujita, Deputy